IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOANNA M. SNYDER, | Cause No. CV 19-01-M-DLC-JCL |
| Plaintiff, | |
| vs. | COLLECTION ORDER |
| FLATHEAD COUNTY DETENTION FACILITY, et al., | |
| Defendants. | |

To:    Financial Administrator, Flathead County Detention Center
920 S. Main St., Ste. 100
Kalispell, MT 59901

Plaintiff Joanna M. Snyder, a prisoner proceeding in forma pauperis, must

pay the statutory filing fee of $350.00 for this action.

Accordingly, IT IS HEREBY ORDERED:

1. The Administrator of the Flathead County Detention Center shall collect

the $350.00 filing fee from Snyder's inmate account and shall forward payments to

the Clerk of Court. The amount collected shall be 20% of the preceding month's

income credited to Snyder's account, provided the preceding month's income

exceeds $10.00. These monthly filing-fee payments shall be collected

simultaneously with payments required in other cases filed by Snyder. *See Bruce*

*v. Samuels*, ___ U.S. ___, 136 S. Ct. 627, 629 (2016). Payments shall be clearly

1

identified by the name and number assigned to this action.

2. Payments shall be sent to the Clerk of U.S. District Court, 201 E. Broadway, P.O. Box 8537, Missoula, MT 59807.

3. The clerk is directed to serve a copy of this Order on the Financial Administrator of the Flathead County Detention Center at the above address.

4. The Court requests the Administrator to notify any future custodian of Snyder of this Order. Snyder's obligation to pay will continue until the filing fee is paid in full.

DATED this _3rd_ day of January, 2019.

Jeremiah C. Lynch
United States Magistrate Judge


cc:     Snyder