

FILED

OCT 0 3 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOANNA M. SNYDER,<br><br>  Plaintiff,<br><br>vs.<br><br>FLATHEAD COUNTY DETENTION CENTER; COMMANDER ROOT; CHIEF CAREY; CPR. GUFFIN; TAMMY RN; DR. JOHN DOE; UNKNOWN OFFICER [1]; AND UNKNOWN OFFICER [2],<br><br>  Defendants. | CV 19–00001–M–DLC–JCL<br><br><br>ORDER |

Before the Court is the Findings and Recommendations of United States Magistrate Judge, entered by Judge Jeremiah C. Lynch on July 12, 2019. (Doc. 12.) Judge Lynch recommends that the Court dismiss this action for failure to comply with the Local Rules. (Doc. 12 at 2.)

After reviewing the Findings and Recommendations, the Court finds no clear error in Judge Lynch's conclusion that, pursuant to Plaintiff Snyder's failure to comply with the Local Rules of the District of Montana, Snyder's action should be dismissed. When a self-represented party's mailing address changes while an

action is pending, she "must promptly file with the court and serve upon all other parties a Notice of Change of Address specifying the new address of service." L.R. 5.3(a). When the court mails a document to a party but it is returned as undeliverable, the court may dismiss the action without prejudice after 60 days without a written communication from the party indicating a current address. L.R. 5.3(b). It has been far more than 60 days since the Court's Order (Doc. 9), mailed to Snyder, was returned to the Court as undeliverable (Doc. 11). In that time, she has failed to communicate in writing indicating a current address where service can be mailed.

Accordingly, because no clear error exists in Judge Lynch's Findings and Recommendations (Doc. 12), IT IS ORDERED that:

(1) Judge Lynch's Findings and Recommendations (Doc. 12) is ADOPTED IN FULL; and

(2) The above-captioned matter is DISMISSED WITHOUT PREJUDICE, pursuant to Local Rule 5.3(b).

DATED this 3rd day of October, 2019.

Dana L. Christensen, Chief Judge
United States District Court