UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOANNA M. SNYDER,<br><br>                     Plaintiff,<br><br>vs.<br><br>FLATHEAD COUNTY<br>DETENTION CENTER ET AL,<br><br>                     Defendants. | Case No. CV-19-001-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this matter is dismissed without prejudice, pursuant to Local Rule 5.3(b).

      Dated this 3rd day of October, 2019.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ A. Puhrmann
                                  A. Puhrmann, Deputy Clerk